

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Robyn Dale Murphy, Jr., aka Robin Dale Murphy, Jr., Appellant

No. 06-18-00013-CV          v.

Exeter Finance Corp., Appellee

Appeal from the County Court at Law No. 2 of Gregg County, Texas (Tr. Ct. No. 2016-2095-CCL2). Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we reverse the trial court's award of attorney fees to Exeter Finance Corp., but affirm the remainder of the trial court's order granting Exeter's no-evidence motion for summary judgment.

We further order that the appellant pay all costs of this appeal.

RENDERED AUGUST 9, 2018
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk